No. —, Original. *Ex parte:* IN THE MATTER OF WISE & FELDER, RECEIVERS, ETC., PETITIONERS. April 17, 1922. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Charles H. Tuttle* and *Mr. Saul S. Myers* for petitioners.

---

No. —, Original. *Ex parte:* IN THE MATTER OF SAMUEL SINGER, PETITIONER. April 17, 1922. Motion for leave to file petition for a writ of habeas corpus herein denied. *Mr. J. Mercer Davis* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF TOLEDO SCALE COMPANY, PETITIONER. April 17, 1922. Motion for leave to file petition for writ of prohibition and mandamus herein denied, without prejudice. *Mr. George D. Welles* for petitioner.

---

No. 290. KANSAS CITY, CLAY COUNTY & ST. JOSEPH RAILWAY COMPANY *v.* GEORGE S. GRIER, ADMINISTRATOR, ETC. Error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm submitted April 10, 1922. Decided April 17, 1922. *Per Curiam.* Judgment affirmed with costs. *Mr. John E. Dolman* for plaintiff in error. *Mr. Vinton Pike* for defendant in error.

---

No. 816. GEORGE H. ENGELHARD, RECEIVER, ETC., *v.* GEORGE J. SCHROEDER ET AL. Appeal from the Circuit Court of Appeals for the Third Circuit. Motion to dismiss or affirm submitted April 10, 1922. Decided April 17, 1922. *Per Curiam.* Decree affirmed with costs; and cause remanded to the District Court of the United States for the District of New Jersey. *Mr. Gustavus A. Rogers* and *Mr. A. F. Jenks* for appellant. *Mr. Harry Lane* for appellees.